UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santo Crivera,<br><br>               Plaintiff,<br><br>vs.<br><br>Bureau of Collection Recovery, Inc., et al.,<br><br>               Defendants. | Case No.: 1:10-cv-01138-RJD -ALC |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Defendant, Bureau of Collection Recovery, Inc., and Plaintiff, Santo Crivera ("Plaintiff") have reached a settlement in the above-captioned case. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 30, 2010

                                                                        Respectfully submitted,

                                                                        PLAINTIFF,
                                                                        Santo Crivera

                                                                        /s/ Sergei Lemberg
                                                                        Sergei Lemberg, Esq. (6331)
                                                                        LEMBERG & ASSOCIATES, L.L.C.
                                                                        Stamford, CT 06905
                                                                        Telephone: (203) 653-2250
                                                                        Facsimile: (877) 795-3666
                                                                        slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2010, a true and correct copy of the foregoing Notice of Settlement was filed electronically with the U.S. District Court Eastern District of New York ECF system and that the document is available on the ECF system.

                                            By: /s/ Sergei Lemberg
                                                  Sergei Lemberg, Esq.