Case 1:10-cv-01138-RJD-ALC   Document 4   Filed 06/21/10   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santo Crivera, <br><br> Plaintiff, <br> v. <br><br> Bureau of Collection Recovery, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 1:10-cv-01138-RJD-ALC |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Plaintiff, Santo Crivera, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 21, 2010

The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
     June 22, 2010

s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg (SL 6331)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorneys for Plaintiffs